UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN GRAY,

          Petitioner,

Case No. 03-71658

v.

HONORABLE AVERN COHN

RAYMOND BOOKER,

          Respondent.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on October 02, 2012, denying petitioner's Petition for Writ of Habeas Corpus and denying a Certificate of Appealability, judgment is entered in favor of the respondent.

DAVID WEAVER

Dated: October 2, 2012        By:   S/Julie Owens
                                                 Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 2, 2012, by electronic and/or ordinary mail.

                                                    S/Julie Owens
                                                    Case Manager, (313) 234-5160